IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal Action No. 07-96 |
| | ) | |
| LEE FRANCIS BLOTZER, | ) | |
| | ) | SEALED |
| Defendant. | ) | |

### MOTION AND ORDER TO SEAL INDICTMENT AND FILE

The United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware and Edmond Falgowski, Assistant United States Attorney for the District of Delaware, moves that the Indictment and File in this case be sealed until the arrest and apprehension of defendant Lee Francis Blotzer.



FILED
JUN 26 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

COLM F. CONNOLLY
United States Attorney

By: _Christopher J. Burke_
f/n Edmond Falgowski
Assistant United States Attorney

Dated: June 26, 2007

AND NOW, to wit, this _26_ day of _June_, 2007, upon the foregoing Motion, IT IS HEREBY ORDERED that the Indictment and File in the above-captioned case be sealed until the arrest and apprehension of Lee Francis Blotzer.

_____
Honorable Mary Pat Thynge
United States Magistrate Judge