IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal Action No. 07- 96 |
| | ) | |
| LEE FRANCIS BLOTZER | ) | |
| | ) | SEALED |
| Defendant. | ) | |

## MOTION AND ORDER FOR ARREST WARRANT

The United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Edmond Falgowski, Assistant United States Attorney for the District of Delaware, and hereby moves this Honorable Court for the issuance of an arrest warrant for the arrest and apprehension of Lee Francis Blotzer, pursuant to an Indictment returned against him by the Federal Grand Jury on June 26, 2007.



COLM F. CONNOLLY
United States Attorney

By: _Christopher J. Burke_
 for Edmond Falgowski
Assistant United States Attorney

Dated: June 26, 2007

AND NOW, this _26_ day of _June_____, 2007, upon the foregoing Motion, **IT IS ORDERED** that an arrest warrant issue for the arrest and apprehension of LEE FRANCIS BLOTZER.

_____
Honorable Mary Pat Thynge
United States Magistrate Judge