IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) Criminal Action No. 07-96-UNA |
| | ) |
| LEE FRANCIS BLOTZER, | ) **FILED UNDER SEAL** |
| | ) |
| Defendant. | ) |

## PETITION FOR WRIT OF
## HABEAS CORPUS AD PROSEQUENDUM

Your petitioner, the United States of America, by its attorney, Christopher J. Burke, Assistant United States Attorney, with the knowledge and consent of Colm Connolly, United States Attorney for the District of Delaware, respectfully submits:

1. The defendant, who has been indicted for violations of 18 U.S.C. § 2252A(a)(2) (receipt of child pornography), 18 U.S.C. § 2252A(a)(1) (transporting child pornography), 18 U.S.C. § 2252A(a)(5)(B) (possessing child pornography), 18 U.S.C. § 1466A(a)(2)(A) and (B) (receipt of obscene matter), 18 U.S.C. § 1466A(a)(2)(A) and (B) (distribution of obscene matter) and 18 U.S.C. § 1466A(b)(2)(A) and (B) (possession of obscene matter), is scheduled for an initial appearance before this Court on July 12, 2007, at 1:00 p.m.

2. The defendant is currently being held pending trial on related State charges at the Howard R. Young Correctional Institution (Gander Hill Prison) in Wilmington, Delaware, and, therefore, must be writted out before this Court can conduct the initial appearance.

**WHEREFORE**, petitioner prays that the Clerk of the Court be instructed to issue a writ of habeas corpus ad prosequendum to the Warden of the Howard R. Young Correctional

FILED
JUL 5 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Blotzer to the office of the United States Marshal on July 12, 2007, at 1:00 p.m., with the defendant being held in federal custody until the federal charges are resolved.

Respectfully submitted,

COLM CONNOLLY
United States Attorney

BY: *Christopher J. Burke*
Christopher J. Burke
Assistant United States Attorney

Dated: July 5, 2007

IT IS SO ORDERED this 9th day of July, 2007.

*Mary Pat Thynge*
Honorable Gregory M. Sleet
United States District Judge

