AO 442   (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

_____ District of _____ DELAWARE _____

Unsealed on 8/6/07 (RPG)

UNITED STATES OF AMERICA

V.

LEE FRANCIS BLOTZER

~~SEALED~~

**WARRANT FOR ARREST**

Case Number:   CR 07-96 (UNA)

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ **LEE FRANCIS BLOTZER** _____
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

| X Indictment | ☐ Information | ☐ Complaint | ☐ Order of court | ☐ Probation Violation Petition | ☐ Supervised Release Violation Petition | ☐ Violation Notice |

charging him or her with   (brief description of offense)

RECEIPT OF CHILD PORN BY COMPUTER
TRANSMISSION OF CHILD PORN BY COMPUTER - 18:2252A(a)(1)
POSSESSION OF CHILD PORN - 18:2252A(a)(5)(B)
RECEIPT OF OBSCENITY DEPICTING CHILDREN - 18:1466A
TRANSMISSION OF OBSCENITY DEPICTING CHILDREN 18:1466A
POSSESSION OF OBSCENITY DEPICTING CHILDREN - 18:1466A

FILED
AUG - 6 2007

in violation of Title _____ 18 _____ United States Code, Section(s) _____ 2252A(a)(2) _____

PETER T. DALLEO
Name of Issuing Officer

_Evette Witson_, Deputy Clerk
Signature of Issuing Officer

CLERK OF COURT
Title of Issuing Officer

June 27, 2007 in WILMINGTON, DE
Date and Location

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

844 King St. Wilm DE

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| 6-27-07 | William David Dixon | _signature_ |
| DATE OF ARREST | | |
| 6-29-07 | | |