OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

PETER T. DALLEO
  Clerk

LOCKBOX 18
844 KING STREET
WILMINGTON, DE 19801
(302) 573-6170

August 14, 2007

J. Scott O'Keefe, Esq.
1500 Walnut Street
Suite 1100
Philadelphia, PA 19102

RE:   U.S.A. v.  Lee Francis Blotzer
      Criminal Action No. 07-96-1-SLR

Dear Mr. O'Keefe,

   Enclosed is a copy of the Court's order appointing you counsel under the Criminal Justice Act in the above criminal case. This appointment requires representation of the defendant for all proceedings in this Court. When the proceedings in this Court are completed, the attached voucher should be submitted to this office within 45 days for approval of payment. Please complete box 21, Case Disposition, using the Case Disposition Codes provided.

   If an appeal is taken in this matter the Court of Appeals will generally appoint you to represent the defendant for the appellate proceedings. The Clerk of the 3rd Circuit Court of Appeals will issue another CJA voucher for service rendered in their Court. If the Notice of Appeal is filed and you wish to withdraw as counsel, please address said motion to the Clerk, 3rd Circuit Court of Appeals.

                                  Sincerely,

                                  PETER T. DALLEO, CLERK

                              BY: Brian K Blackwell
                                  Deputy Clerk

PTD/bkb
enclosure

cc: Edmond Falgowski, Esq.
    US Probation
    US Marhsal

FILED
AUG 14 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

2007 AUG 14  PM 12:34
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE
FILED