CJA 20 APPOINTMENT OF AND AUTHORITY TO PAY COURT APPOINTED COUNSEL

| 1. CIR./DIST./DIV. CODE | 2. PERSON REPRESENTED | | VOUCHER NUMBER |
|---|---|---|---|
| DEX | Blotzer, Lee Francis | | 0000071307005 |

| 3. MAG. DKT./DEF. NUMBER | 4. DIST. DKT./DEF. NUMBER | 5. APPEALS DKT./DEF. NUMBER | 6. OTHER DKT. NUMBER |
|---|---|---|---|
|  | 1:07-000096-001 |  |  |

| 7. IN CASE/MATTER OF (Case Name) | 8. PAYMENT CATEGORY | 9. TYPE PERSON REPRESENTED | 10. REPRESENTATION TYPE (See Instructions) |
|---|---|---|---|
| U.S. v. Blotzer | Felony | Adult Defendant | Criminal Case |

11. OFFENSE(S) CHARGED (Cite U.S. Code, Title & Section) If more than one offense, list (up to five) major offenses charged, according to severity of offense.
1) 18 2252A.F -- Activities relating to material constituting or containing child pornography

12. ATTORNEY'S NAME (First Name, M.I., Last Name, including any suffix) AND MAILING ADDRESS
O KEEFE, J. SCOTT
1500 WALNUT ST.
SUITE 1100
PHILA. PA 19102

Telephone Number:

14. NAME AND MAILING ADDRESS OF LAW FIRM (only provide per instructions)
J. SCOTT O KEEFE
1500 WALNUT ST
SUITE 1100
PHILA PA 19102

13. COURT ORDER
[X] O Appointing Counsel       [ ] C Co-Counsel
[ ] F Subs For Federal Defender  [ ] R Subs For Retained Attorney
[ ] P Subs For Panel Attorney    [ ] Y Standby Counsel

Prior Attorney's Name:
Appointment Date:
[ ] Because the above-named person represented has testified under oath or has otherwise satisfied this court that he or she (1) is financially unable to employ counsel and (2) does not wish to waive counsel, and because the interests of justice so require, the attorney whose name appears in Item 12 is appointed to represent this person in this case, or
[ ] Other (See Instructions)

Brian K Blackwell
Signature of Presiding Judicial Officer or By Order of the Court
07/13/2007
Date of Order           Nunc Pro Tunc Date
Repayment or partial repayment ordered from the person represented for this service at time of appointment.  [ ] YES  [ ] NO

| CLAIM FOR SERVICES AND EXPENSES | | | FOR COURT USE ONLY | | |
|---|---|---|---|---|---|
| CATEGORIES (Attach itemization of services with dates) | HOURS CLAIMED | TOTAL AMOUNT CLAIMED | MATH/TECH ADJUSTED HOURS | MATH/TECH ADJUSTED AMOUNT | ADDITIONAL REVIEW |
| 15. In Court  a. Arraignment and/or Plea |  |  |  |  |  |
| b. Bail and Detention Hearings |  |  |  |  |  |
| c. Motion Hearings |  |  |  |  |  |
| d. Trial |  |  |  |  |  |
| e. Sentencing Hearings |  |  |  |  |  |
| f. Revocation Hearings |  |  |  |  |  |
| g. Appeals Court |  |  |  |  |  |
| h. Other (Specify on additional sheets) |  |  |  |  |  |
| (Rate per hour = $ 94.00)  TOTALS: |  |  |  |  |  |
| 16. Out of Court  a. Interviews and Conferences |  |  |  |  |  |
| b. Obtaining and reviewing records |  |  |  |  |  |
| c. Legal research and brief writing |  |  |  |  |  |
| d. Travel time |  |  |  |  |  |
| e. Investigative and Other work (Specify on additional sheets) |  |  |  |  |  |
| (Rate per hour = $ 94.00)  TOTALS: |  |  |  |  |  |
| 17. Travel Expenses (lodging, parking, meals, mileage, etc.) |  |  |  |  |  |
| 18. Other Expenses (other than expert, transcripts, etc.) |  |  |  |  |  |
| GRAND TOTALS (CLAIMED AND ADJUSTED): |  |  |  |  |  |

19. CERTIFICATION OF ATTORNEY/PAYEE FOR THE PERIOD OF SERVICE
FROM  7-13-07  TO

20. APPOINTMENT TERMINATION DATE IF OTHER THAN CASE COMPLETION

21. CASE DISPOSITION

22. CLAIM STATUS  [ ] Final Payment  [ ] Interim Payment Number ____  [ ] Supplemental Payment
Have you previously applied to the court for compensation and/or reimbursement for this case?  [ ] YES  [ ] NO  If yes, were you paid?  [ ] YES  [ ] NO
Other than from the court, have you, or to your knowledge has anyone else, received payment (compensation or anything or value) from any other source in connection with this representation?  [ ] YES  [ ] NO  If yes, give details on additional sheets.
I swear or affirm the truth or correctness of the above statements.
Signature of Attorney:                                                 Date:

| APPROVED FOR PAYMENT - COURT USE ONLY | | | | | |
|---|---|---|---|---|---|
| 23. IN COURT COMP. | 24. OUT OF COURT COMP. | 25. TRAVEL EXPENSES | 26. OTHER EXPENSES | | 27. TOTAL AMT. APPR / CERT |
| 28. SIGNATURE OF THE PRESIDING JUDICIAL OFFICER | | | DATE | FILED | 28a. JUDGE / MAG. JUDGE CODE |
| 29. IN COURT COMP. | 30. OUT OF COURT COMP. | 31. TRAVEL EXPENSES | 32. OTHER EXPENSES | AUG 14 2007 | 33. TOTAL AMT. APPROVED |
| 34. SIGNATURE OF CHIEF JUDGE, COURT OF APPEALS (OR DELEGATE) Payment approved in excess of the statutory threshold amount. | | | DATE | U.S. DISTRICT COURT DISTRICT OF DELAWARE | 34a. JUDGE CODE |