**J. SCOTT O'KEEFE, P.C.**
ATTORNEY-AT-LAW
1500 WALNUT STREET
SUITE 1100
PHILADELPHIA, PA 19102-3506

J. SCOTT O'KEEFE, ESQUIRE  　　　　　　　　　TELEPHONE: 215.546.7755
JSOKEEFE@VERIZON.NET  　　　　　　　　　　FACSIMILE: 215.546.2760

March 26, 2008

The Honorable Sue L. Robinson
Unites States District Court
J. Caleb Boggs Federal Building
844 King Street
Wilmington, DE 19801

　　　　RE:　**USA v. Blotzer**
　　　　　　　**Criminal Action No.: 07-96-SLR**

Dear Judge Robinson:

　　　As you may recall, your Honor sentenced Mr. Blotzer on March 10, 2008. My client has asked if you would deem appropriate, to recommend Fort Dix as a place for his confinement.

　　　Thank you for your time and consideration in this matter.

　　　　　　　　　　　　　　　　　　　Very truly yours,

　　　　　　　　　　　　　　　　　　　J. SCOTT O'KEEFE, ESQUIRE

JSO'K/lm

cc:　　Edmond Falgowski, Esquire
　　　Assistant United States Attorney
　　　Nemours Building
　　　1007 Orange Street, Suite 700
　　　PO Box 2046
　　　Wilmington DE 19899-2046



RECEIVED
APR - 1 2008
SUE L. ROBINSON
U.S. DISTRICT JUDGE